AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 5:23-mj-70296-MAG   Document 11   Filed 03/20/23   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>FERNANDO BLANCO,<br><br>Defendants. | Case No. 23-mj-70296-MAG-1  (VKD)<br><br>Charging District:  Southern California<br><br>Charging District's Case No.: 23CR233TWR; 23CR234TWR; and 23CR238TWR |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:  Edward Schwartz Courthouse<br><br>333 South Broadway, San Diego<br><br>Before: Hon. Daniel E. Butcher (DEB) | Courtroom No.:  2A |
|---|---|
| | Date and Time:  April 3, 2023, at 2:00 PM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: March 20, 2023

_Virginia K. DeMarchi_
Virginia K. DeMarchi
~~United States District Judge~~
United States Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19